■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HYMES, Appellant. [833 NYS2d 421]—Judgment, Supreme Court, Bronx County (Frank Torres, J., at plea and sentence; John Byrne, J., at resentence), rendered on or about October 19, 2005, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Marlow, Williams and Catterson, JJ.